UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

**08 CIV 4218**

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
DUNKIN' DONUTS FRANCHISING LLC,
BASKIN-ROBBINS FRANCHISED
  SHOPS LLC
DD IP HOLDER LLC,
BR IP HOLDER LLC and
DB REAL ESTATE ASSETS I LLC,

            Plaintiffs,

               Case No. 08-CV-

    v.

GANPATI DONUTS, INC.,
SHREE RAM DONUTS, INC.,
LAXMI DONUTS, INC.,
KRISHNA DONUTS, INC.,
GIATRI DONUTS INC.,
SHREEJI DONUTS, INC.,
AMISH PATEL and
AMI PATEL,

           Defendants.

-----------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, Dunkin' Donuts Franchising LLC, Baskin-Robbins Franchised Shops LLC, DD IP Holder LLC, BR IP Holder LLC and DB Real Estate Assets I LLC (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties and that there are no publicly held corporations that hold 10% or more of their stock.

    Dunkin' Donuts Franchised Restaurants LLC, a Delaware limited liability company, and Dunkin' Donuts Franchising LLC, a Delaware limited liability company, operate a franchise system under the trade name "Dunkin' Donuts." They are wholly-owned subsidiaries of Dunkin' Brands, Inc., which, in turn, is a wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc.

    DD IP Holder LLC, a Delaware limited liability company, is a wholly owned subsidiary

1

of Dunkin' Brands, Inc. and owns all of the U.S. trademarks of Dunkin' Donuts Franchised Restaurants LLC. Dunkin' Brands, Inc. does not do business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut."

Baskin-Robbins Franchised Shops LLC, a Delaware limited liability company, operates a franchise system under the trade name "Baskin-Robbins." It is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which, in turn, is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc.

BR IP Holder LLC, a Delaware limited liability company, is a wholly owned subsidiary of Dunkin' Brands, Inc. and owns all of the U.S. trademarks of Baskin-Robbins Franchised Shops LLC.

DB Real Estate I LLC is a Delaware limited liability company and a subsidiary of Dunkin' Donuts Franchised Restaurants LLC.

Plaintiffs are unaware of the identity of any other corporation, unincorporated association, partnership or other business entity not a party to the case, which may have a financial interest in the outcome of the litigation.

Dated: New York, New York
      May 2, 2008

Respectfully submitted,

*[signature: Ronald D. Degen]*

RONALD D. DEGEN
SCOTT G. GOLDFINGER
KRISTIN M. LASHER
O'ROURKE & DEGEN, PLLC
Attorneys for Plaintiffs
225 Broadway, Suite 715
New York, New York 10007
Tel:  (212) 227-4530
Fax:  (212) 212-385-9813
E-mail: rdegen@odlegal.com