<u>United States District Court Southern District of New York</u>
**JUDGE CONNOR**
DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC
DUNKIN; DONUTS FRANCHISING LLC, BASKIN-ROBBINS
FRANCHISED SHOPS LLC, DD IP HOLDER LLC, BR
IP HOLDER, LLC, DB REAL ESTATE ASSETS I, LLC

    Plaintiffs,
--against-           Case number 08 CIV 4218

GANPATI DONUTS, INC., et al
    Defendants,

---

State of New York
County of Saratoga:
  The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on May 5th  2008  1:50 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Summons and complaint, individual practices of William C. Connor, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing.

**On:** Ganpati Donuts, Inc.

Defendant in this action, by delivering to and leaving with *Donnie Christie DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at One Commerce Plaza ( 99 Washington Ave.) 6th floor, Albany, NY 12210, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars.  That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female Skin Color: white Hair Color: brown Age (Approx.) 35
Height (Approx.) 5' 4" Weight (Approx.) 135 Other identifying features:

Sworn to before me this
6th day of May 2008

*[signature]*
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

*[signature]*
Sara Grice

<u>United States District Court Southern District of New York</u>
**JUDGE CONNOR**
DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC
DUNKIN; DONUTS FRANCHISING LLC, BASKIN-ROBBINS
FRANCHISED SHOPS LLC, DD IP HOLDER LLC, BR
IP HOLDER, LLC, DB REAL ESTATE ASSETS I, LLC

       Plaintiffs,
--against-                       Case number 08 CIV 4218

GANPATI DONUTS, INC., et al
       Defendants,

---

State of New York
County of Saratoga:
    The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on May 5th  2008 1:50 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Summons and complaint, individual practices of William C. Connor, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing.

**On:** Shree Ram Donuts, Inc.


Defendant in this action, by delivering to and leaving with *Donnie Christie DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at One Commerce Plaza ( 99 Washington Ave.) 6th floor, Albany, NY 12210, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars.  That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: brown   Age (Approx.) 35
Height (Approx.) 5' 4"   Weight (Approx.) 135   Other identifying features:

Sworn to before me this
6th day of May 2008

                                                                                   Sara Grice

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

<u>United States District Court Southern District of New York</u>
**JUDGE CONNOR**
DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC
DUNKIN; DONUTS FRANCHISING LLC, BASKIN-ROBBINS
FRANCHISED SHOPS LLC, DD IP HOLDER LLC, BR
IP HOLDER, LLC, DB REAL ESTATE ASSETS I, LLC

   Plaintiffs,
--against-        Case number 08 CIV 4218

GANPATI DONUTS, INC., et al
   Defendants,

---

State of New York
County of Saratoga:
  The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on May 5th  2008  1:50 PM  at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Summons and complaint, individual practices of William C. Connor, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing.

**On:** Laxmi Donuts, Inc.

Defendant in this action, by delivering to and leaving with *Donnie Christie DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at One Commerce Plaza ( 99 Washington Ave.) 6th floor, Albany, NY 12210, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars.  That said service was made pursuant to Section *306 BCL* Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white    Hair Color: brown    Age (Approx.) 35
Height (Approx.) 5' 4"    Weight (Approx.)  135   Other identifying features:

Sworn to before me this
6th day of May 2008

                  Sara Grice

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

<u>United States District Court Southern District of New York</u>
**JUDGE CONNOR**
DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC
DUNKIN; DONUTS FRANCHISING LLC, BASKIN-ROBBINS
FRANCHISED SHOPS LLC, DD IP HOLDER LLC, BR
IP HOLDER, LLC, DB REAL ESTATE ASSETS I, LLC

    Plaintiffs,
--against--            Case number 08 CIV 4218

GANPATI DONUTS, INC., et al
    Defendants,

---

State of New York
County of Saratoga:
  The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on May 5th 2008 1:50 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Summons and complaint, individual practices of William C. Connor, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing.

**On:** Krishna Donuts, Inc.

Defendant in this action, by delivering to and leaving with *Donnie Christie DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at One Commerce Plaza ( 99 Washington Ave.) 6th floor, Albany, NY 12210, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female Skin Color: white Hair Color: brown Age (Approx.) 35
Height (Approx.) 5' 4" Weight (Approx.) 135 Other identifying features:

Sworn to before me this
6th day of May 2008

_____
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

                        Sara Grice

<u>United States District Court Southern District of New York</u>
**JUDGE CONNOR**
DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC
DUNKIN; DONUTS FRANCHISING LLC, BASKIN-ROBBINS
FRANCHISED SHOPS LLC, DD IP HOLDER LLC, BR
IP HOLDER, LLC, DB REAL ESTATE ASSETS I, LLC

        Plaintiffs,
--against-                        Case number 08 CIV 4218

GANPATI DONUTS, INC., et al
        Defendants,

State of New York
County of Saratoga:
    The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on May 5th   2008  1:50 PM  at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Summons and complaint, individual practices of William C. Connor, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing.

**On:** Giatri Donuts, Inc.

Defendant in this action, by delivering to and leaving with *Donnie Christie DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at One Commerce Plaza ( 99 Washington Ave.) 6th floor, Albany, NY 12210, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars.  That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white    Hair Color: brown    Age (Approx.) 35
Height (Approx.) 5' 4"    Weight (Approx.) 135   Other identifying features:

Sworn to before me this
  6th day of May 2008

_____
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

                                                              _____
                                                              Sara Grice

## United States District Court Southern District of New York
**JUDGE CONNOR**
DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC
DUNKIN; DONUTS FRANCHISING LLC, BASKIN-ROBBINS
FRANCHISED SHOPS LLC, DD IP HOLDER LLC, BR
IP HOLDER, LLC, DB REAL ESTATE ASSETS I, LLC

       Plaintiffs,

--against-                                 Case number 08 CIV 4218

the State of New York in the City of Albany, New York 12207, she served the, summons and complaint, individual practices of William C. Connor, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing.

**On:** Shreeji Donuts, Inc.

Defendant in this action, by delivering to and leaving with *Donnie Christie DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at One Commerce Plaza ( 99 Washington Ave.) 6th floor, Albany, NY 12210, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: brown   Age (Approx.) 35
Height (Approx.) 5' 4"   Weight (Approx.) 135   Other identifying features:

Sworn to before me this
6th day of May 2008

*[signature]*
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

                                                                *[signature]*
                                                                 Sara Grice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
DUNKIN' DONUTS FRANCHISING LLC,   : **Electronically Filed**
BASKIN-ROBBINS FRANCHISED
  SHOPS LLC
DD IP HOLDER LLC,
BR IP HOLDER LLC and
DB REAL ESTATE ASSETS I LLC,

                Plaintiffs,

                      : Case No. 08-CV-4218 (WCC)
    v.

GANPATI DONUTS, INC.,
SHREE RAM DONUTS, INC.,
LAXMI DONUTS, INC.,
KRISHNA DONUTS, INC.,
GIATRI DONUTS INC.,
SHREEJI DONUTS, INC.,
AMISH PATEL and
AMI PATEL,

                Defendants.

-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

    I hereby certify under penalty of perjury that on May 3, 2008 at 2:20 P.M. at 310 Main Street, Highland Falls, New York I served the summons and complaint in the above-entitled action, together with the Rules of Judge William C. Conner, USDC/SDNY Instructions for Filing an electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, upon Defendant **AMISH PATEL**, by delivering a true copy of each to **MUKND PATEL**, a person of suitable age and discretion. Said premises is Defendant's actual place of business.

    On May 5, 2008 I enclosed a copy of same in a postpaid envelope properly addressed to Defendant at Defendant's last known residence at 15 Parks Wood Drive, Cornwall, New York 12518 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

    The person served was a male, dark skin, 5'3", black hair, 50 years old, 120 pounds, and was authorized to accept service on behalf of Defendant.

                                                            _____
                                                            RALPH ADDONIZIO

Sworn to before me this
5th day of May 2008.

_____

                        IRIS PESKIN
             Notary Public, State of New York
                 No. 01PE6151942
              Qualified In Nassau County
          Commission Expires August 28, 2010

DUNKIN' DONUTS FRANCHISING LLC, : Electronically Filed
BASKIN-ROBBINS FRANCHISED
 SHOPS LLC :
DD IP HOLDER LLC,
BR IP HOLDER LLC and :
DB REAL ESTATE ASSETS I LLC,
                                                    :
               Plaintiffs,
                                                    : Case No. 08-CV-4218 (WCC)
      v.
                                                    :
GANPATI DONUTS, INC.,
SHREE RAM DONUTS, INC.,                 :
LAXMI DONUTS, INC.,
KRISHNA DONUTS, INC.,                   :
GIATRI DONUTS INC.,
SHREEJI DONUTS, INC.,                   :
AMISH PATEL and
AMI PATEL,                              :

               Defendants.              :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

    I hereby certify under penalty of perjury that on May 3, 2008 at 2:20 P.M. at 310 Main Street, Highland Falls, New York I served the summons and complaint in the above-entitled action, together with the Rules of Judge William C. Conner, USDC/SDNY Instructions for Filing an electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, upon Defendant **AMI PATEL**, by delivering a true copy of each to **MUKND PATEL**, a person of suitable age and discretion. Said premises is Defendant's actual place of business.

    On May 5, 2008 I enclosed a copy of same in a postpaid envelope properly addressed to Defendant at Defendant's last known residence at 15 Parks Wood Drive, Cornwall, New York 12518 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

    The person served was a male, dark skin, 5'3", black hair, 50 years old, 120 pounds, and was authorized to accept service on behalf of Defendant.

                                                        */s/ Ralph Addonizio*
                                                        RALPH ADDONIZIO

Sworn to before me this
5th day of May 2008.

                                    IRIS PESKIN
                             Notary Public, State of New York
                                No. 01PE6151942
                             Qualified in Nassau County
                             Commission Expires August 28, 2010