Conner, J

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
DUNKIN' DONUTS FRANCHISING LLC,
BASKIN-ROBBINS FRANCHISED
  SHOPS LLC
DD IP HOLDER LLC,
BR IP HOLDER LLC and
DB REAL ESTATE ASSETS I LLC,

                Plaintiffs,

                : Case No. 08-CV-4218 (WCC)
v.

                ECF CASE

GANPATI DONUTS, INC.,
SHREE RAM DONUTS, INC.,
LAXMI DONUTS, INC.,
KRISHNA DONUTS, INC.,
GIATRI DONUTS INC.,
SHREEJI DONUTS, INC.,
AMISH PATEL and
AMI PATEL,

                Defendants.

------------------------------------------------------------X

## STIPULATION OF DISMISSAL AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, Dunkin' Donuts Franchising LLC, Baskin-Robbins Franchised Shops LLC, DD IP Holder LLC, BR IP Holder LLC and DB Real Estate Assets I LLC and Defendants Ganpati Donuts, Inc., Shree Ram Donuts, Inc., Laxmi Donuts, Inc., Krishna Donuts, Inc., Giatri Donuts Inc., Shreeji Donuts, Inc., Amish Patel and Ami Patel, that this action is settled upon the following terms and conditions:

1.     The parties agree to abide by the terms of a Settlement Agreement entered into by the parties.

2.     Plaintiffs withdraw their motion for a preliminary injunction.

3.     This action is discontinued, without prejudice, and without costs to either party as against the other.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for Ds@
AND E-MAILED TO π's COUNSEL

4. The Court shall retain jurisdiction of this case for the purpose of enforcing the terms of the Settlement Agreement.

Dated: June 16, 2008

*Elizabeth A. Strt* (signature)
ELIZABETH A. STRADAR
NORTHROP & STRADAR, P.C.
Attorneys for Defendants
One Corwin Court, Suite 100
Newburgh, New York 12550
Tel: 845-561-8000

*Ronald D. Degen* (signature)
RONALD D. DEGEN
O'ROURKE & DEGEN, PLLC
Attorneys for Plaintiffs
225 Broadway, Suite 715
New York, New York 10007
Tel: 212-227-4530

SO ORDERED:

*William C. Conner* (signature)
WILLIAM C. CONNER
SENIOR UNITED STATES DISTRICT JUDGE

DATED: White Plains, NY
June 25, 2008

2